UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TYRON JACKASAL,**

    **Plaintiff,**

v.                                     Case No. 8:23-cv-156-MSS-AEP

**CITY OF SAINT PETERSBURG,** *et al.*,

    **Defendants.**

_____/

**O R D E R**

An earlier order (Doc. 7) dismissed Jackasal's amended federal civil rights complaint with leave to file a second amended complaint. The order returned undeliverable and marked "Not in Custody." (Doc. 8-1) In his amended complaint, Jackasal states that his current address is at the jail in Pinellas County. (Doc. 5 at 2) Judicially noticed records from the Pinellas County Sheriff's Office show that Jackasal is no longer incarcerated at the jail. Because Jackasal failed to inform the Court that his address changed, this action is **DISMISSED** without prejudice for lack of prosecution. M.D. Fla. L.R. 3.10. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629 (1962). The Clerk is **DIRECTED** to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on May 26, 2023.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE